ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 18 2016
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. **4-16CR-118-A** |
| CHARLES BOGGS (01) | |
| JOHN PHILLIP ISHAK, JR. (02) | |
| WILLIAM JOSEPH OROZCO (03) | |
| BRITTANY SHEANNA PIERSON (04) | |
| VERONICA PRENDEZ (05) | |
| AMANDA NICOLE RISOVI a/k/a/ Nikki (06) | |
| ROBERT SIKES a/k/a German (07) | |

INFORMATION

The United States Attorney Charges:

Count One

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or before January 2014, and continuing until in or around January 2015, and beyond, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendant **Veronica Prendez** along with others known and unknown, including the individuals identified as defendants in Count Two but not named as defendants in this Count, did knowingly and intentionally combine, conspire,

confederate, and agree to engage in conduct in violation of 21 U.S.C §§ 841(a)(1) and (b)(1)(B), namely to possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)).

Count Two

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or before January 2015, and continuing until in or around April 2016, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendants **Charles Boggs**, **John Phillip Ishak, Jr.**, **Amanda Nicole Risovi**, also known as Nikki, **Brittany Sheanna Pierson**, **William Joseph Orozco**, and **Robert Sikes**, also known as German, along with others known and unknown, including the individual identified as a defendant in Count One but not named as a defendant in this Count, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C §§ 841(a)(1) and (b)(1)(C), namely to possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(C)).

JOHN R. PARKER
UNITED STATES ATTORNEY

SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.252.5455

**Information - Page 3**