IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | NO. 4:16-CR-118-A |
| CHARLES BOGGS, ET AL. | § | |

ORDER

The court ORDERS that the arraignment of the Information and proposed guilty plea hearing of defendants **BRITTANY SHEANNA PIERSON, VERONICA PRENDEZ, and ROBERT SIKES** be, and are set for 10:00 a.m. on **June 2, 2016 (Thursday)**, before the undersigned in the 4th Floor Courtroom of the United States Courthouse, Fort Worth, Texas.

The court further ORDERS that Brittany Sheanna Pierson and her attorney, Veronica Prendez and her attorney, Robert Sikes and his attorney, and the attorney of United States of America responsible for handling this case be present at such time, date, and place.

SIGNED May 24, 2016.

JOHN McBRYDE
United States District Judge