# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### Fort Worth DIVISION

| | |
|---|---|
| HONORABLE John McBryde, PRESIDING | |
| DEPUTY CLERK: F. Arnold | COURT REPORTER: Debbie Saenz |
| LAW CLERK | USPO |
| INTERPRETER: | |
| A.M.10:00 | DATE HELD: June 2, 2016 |
| TOTAL COURT TIME:  19 min. | CSO: Ray Urban |

CR. No. 4:16-CR-118-A   DEFT NO.04

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | SHAWN SMITH, AUSA |
| v. | § § § | |
| BRITTANY SHEANNA PIERSON | § | BRIAN K. WALKER, APPOINTED |
| Defendant's Name | | Counsel for Deft.  Apptd-(A), Retd-(R), FPD-(F) |

## ARRAIGNMENT/GUILTY PLEA

Trial Status:   ☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Directed Verdict  ☐ Evidence Entered

☐ Hung Jury ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)

☐ Mistrial  ✔Guilty Plea   Days in Trial: _____   Hearing Concluded: ✔ Yes  ☐ No

✔...... Defendant SWORN.
✔...... Arraignment/Guilty Plea  -  Held on count(s) **2** of the **2** count Information.
☐...... New Sentencing Guidelines (NSG) offense committed on or after (11/1/87).
✔...... Defense waived reading of the Information.
✔...... Deft enters a plea of      ☐ Not Guilty  ✔Guilty   ☐ Nolo
☐...... Consent to proceed before U.S. Magistrate Judge on misdemeanor case.
☐...... Waiver of Jury Trial
✔...... Waiver of Indictment, filed.
☐...... Plea Agreement accepted.               ☐. Court defers acceptance of Plea Agreement.
☐...... Plea Agreement filed                    ✔...... No Plea Agreement.
☐...... Plea Agreement included with Factual Resume.
✔...... Factual Resume filed.
✔...... Defendant is adjudged guilty as to Count(s) **2 of Information.**
✔...... Sentencing set **October 28, 2016 at 9:00 a.m.**
☐...... Trial set for _____ at _____ a.m./p.m.
          Pretrial motions due:_____. Discovery motions/Government Responses due:_____.
✔...... Order for PSI, Disclosure Date and Setting Sentencing entered.
☐...... PSI waiver filed.  ✔**PSI due: September 6, 2016.** ✔ Presentence Referral Form to: Brian K. Walker.
☐...... Defts bond ☐ set ☐ reduced to $_____  ☐ Cash ☐ Surety ☐ 10% ☐ PR
☐...... Deft failed to appear, bench warrant to issue.
☐...... Bond ☐ continued ☐ forfeited
✔...... Deft Custody/Detention continued.
☐...... Deft ORDERED into custody.

✔**OTHER PROCEEDINGS: Govt read the Waiver of Indictment for the record.  Government Exhibit 1 admitted.**

[STAMP: U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS FILED JUN - 2 2016 CLERK, U.S. DISTRICT COURT By _____ Deputy]