**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN - 2 2016
CLERK, U.S. DISTRICT COURT
By _____
Deputy

UNITED STATES OF AMERICA

v.

BRITTANY SHEANNA PIERSON (04)

No. 4:16-CR-118-A

## FACTUAL RESUME

INFORMATION: Count Two: Conspiracy to Possess with Intent to Distribute a Controlled Substance (methamphetamine) (in violation of 21 U.S.C. § 846, and 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

PENALTY: $1,000,000 fine - not more than 20 years imprisonment, or both such fine and imprisonment, plus a term of supervised release of not less than 3 years.

MAXIMUM PENALTY:
$1,000,000 fine and not more than twenty (20) years imprisonment, plus a term of supervised release of not less than 3 years. If the defendant violates any condition of supervised release, the Court may revoke such term of supervised release and require the defendant to serve an additional period of confinement. Further the Court must impose a Mandatory Special Assessment of $100.00.

ELEMENTS OF THE OFFENSE:
The essential elements which must be proved beyond a reasonable doubt in order to establish the offenses charged in Count Two of the Information are as follows:

First:   That two or more persons, directly or indirectly, reached an agreement to distribute or possess with intent to distribute a controlled substance, as charged in the information;

Second:  That the defendant knew of the unlawful purpose of the agreement;

Third:   That the defendant joined in the agreement willfully, that is, with the intent to further its unlawful purpose; and

**Factual Resume - Page 1**

Fourth: That the overall scope of the conspiracy involved a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

## STIPULATED FACTS:

In 2014 and 2015, Brittany Sheanna Pierson received ounce quantities of methamphetamine from ~~Chris Turner~~ James Owens, Shanda Hawkins, and ~~Edwin Romine~~ James Owens, often on consignment. In turn, Brittany Sheanna Pierson distributed methamphetamine to various customers, such as ~~William Joseph Orozco~~ Addison, in the Fort Worth and Arlington, Texas areas, returning to ~~Chris Turner~~ James Owens, Shanda Hawkins, and ~~Edwin Romine~~ James Owens for additional methamphetamine. In this manner, Brittany Sheanna Pierson, ~~Chris Turner~~ James Owens, Shanda Hawkins, and ~~Edwin Romine~~ conspired with each other and others to possess methamphetamine with intent to distribute.

SIGNED this 15 day of MAY, 2016.

_____  _____
BRITTANY SHEANNA PIERSON          BRIAN WALKER
Defendant                         Counsel for Defendant

**Factual Resume - Page 2**