**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
Fort Worth DIVISION

| | |
|---|---|
| HONORABLE John McBryde, PRESIDING | COURT REPORTER: Debbie Saenz |
| DEPUTY CLERK: F. Arnold | USPO: |
| LAW CLERK: | INTERPRETER: |

CR. No. 4:16-CR-118-A  DEFT NO.04

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | SHAWN SMITH , AUSA |
| | § | |
| v. | § | |
| | § | |
| BRITTANY SHEANNA PIERSON | § | BRIAN K. WALKER, APPOINTED |
| Defendant's Name | | Counsel for Deft. Appt-(A), Retd-(R), FPD-(F) |

## SENTENCING

Date Held: October 28, 2016
Hearing Type:     ✔Sentencing Hearing - Contested ☐ Sentencing Hearing - Non-Evidentiary
Time in Court: 22 mins.
Trial Status:     ☐ Completed by Jury Verdict ☐ Continued from Previous Month ☐ Directed Verdict ☐ Evidence Entered
☐ Hung Jury ☐ Jury Selection Only, continued ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial ✔Settled/Guilty Plea ☐ None
Days in Trial: _____
Hearing Concluded: ✔ Yes ☐No

✔ . .     Sentencing held. ☐ Objections to PSI heard. ☐ Plea agreement accepted. ☐ Plea agreement NOT accepted.

**SENTENCING TEXT:**
☐ . .     **Deft. placed on: Probation for _____ months.**
✔ . .     **Deft. committed to custody of the AG/BOP to be imprisoned for a TOTAL term of _180_ months.**
✔ . .     **Deft. placed on: Supervised Released for 3 years.**
☐ . .     **Restitution ordered in the amount of $_____ and/or ☐ Fine imposed in the amount of $_____.**
☐ . .     **Count(s) _____ dismissed on government's motion.**
☐ . .     **Order dismissing original Indictment/Information to be entered upon government's written motion.**
✔ . .     **$100.00 special assessment on Count(s) _2_**
     of ☐ Complaint ✔Information ☐Indictment ☐ Superseding Indictment ☐ Superseding Information.

☐ . . . . . . .     Deft ordered to surrender to U.S. Marshal on _____
☐ . . . . . . .     Deft ordered to surrender to the designated institution on _____
☐ . . . . . . .     Deft failed to appear, bench warrant to issue.
☐ . . . . . . .     Bond ☐ continued ☐ revoked.
✔ . . . . . . .     Deft Advised of his right to appeal.
☐ . . . . . . .     Deft requests Clerk to enter notice of Appeal.
✔ . . . . . . .     Deft Custody/Detention continued.
☐ . . . . . . .     Deft ORDERED into custody. ☐ Court recommends incarceration at _____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT 2 8 2016

CLERK, U.S. DISTRICT COURT
By _____
Deputy

✔OTHER PROCEEDINGS/INFORMATION: Govt witness sworn & testified.
✔Atty admission: Danita Jo Glenn.
✔Court Recommends to the Bureau of Prisons that defendant be allowed to participate in the Residential Drug Abuse Treatment Program.