# UNITED STATES DISTRICT COURT

Northern DISTRICT OF Texas

| UNITED STATES OF AMERICA | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| BRITTANY SHEANNA PIERSON | Case Number: 4:16-CR-118-A(04) |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| John McBryde | Shawn Smith | Brian K. Walker |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| Sentencing Hearing 10/28/2016 | Debbie Saenz | Fleather Arnold |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 04 | 10/28/2016 | Yes | Yes | Agent McCurdy - Sworn & Testified. |
| | 04 | 10/28/2016 | Yes | Yes | SEALED Govt. Exh. 1 - Admitted. |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 28 2016
CLERK, U.S. DISTRICT COURT
By _____ Deputy

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages