UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

NORTHERN DISTRICT OF TEXAS
FILED
MAR - 9 2017
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| USA | § | |
| Plaintiff | § | |
| | § | |
| v. | § | 4:16-cr-00118-A-4 |
| | § | Civil/Criminal Action No. |
| Brittany Sheanna Pierson | § | |
| Defendant | § | |

## RETURN/DISPOSITION OF EXHIBITS

**RETURN OF EXHIBITS:**

The offering party, Shawn Smith - USA, has requested the return of the exhibits noted below. The clerk has determined that the case has reached final disposition or the presiding judge has entered an order authorizing the return of exhibits prior to final disposition.

Description of Exhibit(s):

Government Exhibit 1 - Admitted 10/28/16

A signature may be required by the presiding judge to claim exhibits. If a signature is required, please acknowledge your receipt of the items described.

Signature                                                      Date

**DISPOSITION OF EXHIBITS (This section is for internal use only and is to be completed by the courtroom deputy prior to this form's entry on the docket.):**

Status of Admitted Exhibits:

☐ Although exhibits have been returned as indicated above, another party's exhibits remain in the custody of the clerk.

☑ With the claim of the exhibit(s) as indicated above, no exhibits remain in the custody of the clerk.

☐ Under LR 79.2 or LCrR 55.2, the clerk has destroyed unclaimed exhibits.